UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

'10 SEP 22 AM 8:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ROQUE LUNA ZUNIGA,

          Defendant.

CASE NO. 10CR3322-JLS

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal w/o prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of the Information: 8 USC 1326(a) and (b)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 21, 2010

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE